Glenn H. Wechsler, State Bar No. 118456
LAW OFFICES OF GLENN H. WECHSLER
1646 No. California Blvd., Suite 450
Walnut Creek, California  94596
Telephone: (925) 274-0200
Email: glenn@*glennwechsler.com*

Attorney for Plaintiff
FANNIE MAE ("FEDERAL NATIONAL MORTGAGE ASSOCIATION")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FANNIE MAE ("FEDERAL NATIONAL MORTGAGE ASSOCIATION"),<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>VANCE EZELL, REBECCA EZELL,<br><br>　　　　　　Defendants. | CASE NO.  11-cv-00973-OWW-SMS<br>Assigned to: Honorable Oliver W. Wanger<br><br>**ORDER ON MOTION TO REMAND**<br>**CASE TO STATE COURT**<br><br>Date:　July 25, 2011<br>Time:　10:00 a.m.<br>Crtm:　3 |

　　　　On July 25, 2011, at 10:00 a.m. in Courtroom 3 of the above referenced court, the Motion to Remand Case to State Court (the "Motion") filed by Plaintiff FANNIE MAE ("FEDERAL NATIONAL MORTGAGE ASSOCIATION") came on regularly for hearing.  Glenn H. Wechsler, Esq. appeared on behalf of moving Plaintiff.  Defendants did not oppose the motion or appear at the hearing.  The Court, having reviewed the moving papers, no opposition papers having been filed

1  thereto, having heard argument at the hearing, having reviewed the court's files and records, and good

2  cause appearing therefor:

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action is REMANDED to Fresno County Superior Court.

    IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff's request for attorney's fees is denied.

IT IS SO ORDERED.

    Dated:   **July 29, 2011**               **/s/ Oliver W. Wanger**
                                                                             UNITED STATES DISTRICT JUDGE